452 A.2d 44

Commonwealth v. Allen, Appellant.

Submitted January 27,

1982. Mildred A. Molino, for appellant; Donald B. Corriere, District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.

WIEAND, J., filed a memorandum dissenting opinion.